# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA

v.

HEATHER LOBSIEN

## ORDER OF DISCHARGE AND DISMISSAL/EXPUNGEMENT

CASE NUMBER: 2:06CR00217-01

## ORDER DISCHARGING DEFENDANT FROM PROBATION AND DISMISSING PROCEEDINGS

The supervising probation officer having reported that the defendant has complied with the conditions of probation, and having recommended that the defendant be discharged from probation at this time and that the proceedings be dismissed pursuant to 18 U.S.C. § 3607(a),

**IT IS SO ORDERED.**

Nov. 20, 2006
_Date_

GREGORY G. HOLLOWS
_Signature of Judge_

Gregory G. Hollows; United States Magistrate Judge
_Name and Title of Judge_

---

## ORDER DIRECTING EXPUNGEMENT OF OFFICIAL RECORDS

It appearing that the defendant was less than twenty-one years of age at the time of the offense, IT IS ORDERED that all references to the defendant's arrest for the offense, the institution of criminal proceedings against the defendant, and the results thereof be expunged from all official records (except the nonpublic records to be retained by the Department of Justice pursuant to 18 U.S.C. § 3607(c)).

Nov. 20, 2006
_Date_

GREGORY G. HOLLOWS
_Signature of Judge_

Gregory G. Hollows; United States Magistrate Judge
_Name and Title of Judge_

cc: Assistant United States Attorney's Office
(Elk Grove, California, Yellowstone National Park, Wyoming & Portland, Oregon)
United States Probation Office
(Elk Grove, California, Yellowstone National Park, Wyoming & Portland, Oregon)        lobsien.ord

Rev. 05/2006
PREJUDGMENT ~ DISCHARGE (AO246A).MRG